**JOSEPH T. MCDANIEL**
ASSISTANT GENERAL COUNSEL

**TOWER LOAN OF MISSISSIPPI LLC**
POST OFFICE BOX 320001
FLOWOOD, MS 39232-0001
PHONE: (601) 992-0936
FAX (601) 992-5176

August 15, 2023

Clerk of Court
United State Bankruptcy Court
Northern District of Mississippi
Thad Cochran U.S. Courthouse
703 Highway 145 North
Aberdeen, MS 39730

Re:   Bobby Culver
      Chapter 7, Case No. 23-11017-JDW
      Motion to Avoid Lien held by Tower Loan (#12)

Dear Sir or Madam:

A hearing on Motion to Avoid Lien held by Tower Loan (#12) was set before the Court on July 18, 2023, at 1:30 pm. The parties tentatively settled the matter but need the hearing to be reset.

Please reset this matter for the earliest available date on the Court's docket. Thank you for your attention to this matter. Should you have any questions or concerns, please feel free to contact me.

Sincerely,

/s/Joseph T. McDaniel
Joseph T. McDaniel
MSB#: 106499
Tower Loan of Mississippi, LLC
P. O. Box 320001
Flowood, MS 39232-0001
601-992-0936
Fax: 601-992-5176

cc: Robert Lomenick, Esq.
    Attorney for Debtor
    robert@northmsbankruptcy.com